# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV193

| | |
|---|---|
| HAL O. HERMAN, </br></br> Plaintiff, </br></br> Vs. </br></br> MICHAEL J. ASTRUE, Commissioner of Social Security, </br></br> Defendant. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on Plaintiff's motion for the re-issuance of the summons herein.

The Federal Rules of Civil Procedure provide that if a defendant is not served within 120 days after the complaint is filed and the plaintiff shows good cause for such failure, the Court must extend the time for service for an appropriate period. **Fed. R. Civ. P. 4(m).** For the reasons set forth in the Plaintiff's motion, it appears to the Court that good cause does in fact exist for re-issuance of the summons in this case. Plaintiff advises that the Defendant consents to the relief sought.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and the Plaintiff is directed to submit to the Clerk of this Court **FORTHWITH** summons for re-issuance.

**IT IS FURTHER ORDERED** that the Plaintiff complete service of process on the Defendant within 30 days after re-issuance of the summons and file proof of service herein.

Signed: September 4, 2008

Lacy H. Thornburg
United States District Judge