**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:08CV193**

| | | |
|---|---|---|
| **HAL O. HERMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's untimely response to the Court's Show Cause Order issued December 5, 2008.

Counsel advises that the Defendant has been served with process and this case is now proceeding in an orderly manner.  Although the response to the Show Cause Order was untimely filed, counsel has assured the Court that in the future, there will be strict compliance with court deadlines.  The Court, therefore, finds that the directives contained in its Show Cause Order have now been satisfied.

**IT IS SO ORDERED.**

Signed: December 30, 2008

Lacy H. Thornburg
United States District Judge