# United States District Court
# For The Western District of North Carolina
# Asheville Division

Hal O. Herman,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:08cv193

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/16/10 Order.

Signed: February 16, 2010

Frank G. Johns, Clerk
United States District Court